E-FILED
Wednesday, 21 December, 2016 09:58:53 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

DEC 20 2016

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 16-40075 |
| ) | |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| MICHAEL R. SHAFFIER, JR., ) | Sections 2252A(a)(2), (a)(5), (b)(1), & |
| ) | (b)(2); and 2253 |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Distributing Child Pornography)

On or about June 22, 2015, in Rock Island County, in the Central District of Illinois, the defendant,

**MICHAEL R. SHAFFIER, JR.,**

did knowingly distribute digital image files of child pornography, as defined in Title 18, United States Code, Section 2256(8), using Yahoo! Messenger, that is, the following image files:

bfJ5tuPSP8Iy2bM5VZMj4A--_m.jpg
dcX8y4GLQqjkIfC_FS1TTA--_m.jpg
qtAdfOjoofvJqk7x3gA2nw--_m.jpg
R.VLpNuTMs54mUbp.tWqEA--_m.jpg
xKmjKDV0qszTESjp.u7ygw--_m.jpg
yCNSwCQWOU6BbQnqF_arFg--_m.jpg

said child pornography having been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT TWO
(Possessing Child Pornography)

On or about December 6, 2016, in Rock Island County, in the Central District of Illinois, the defendant,

**MICHAEL R. SHAFFIER, JR.,**

did knowingly possess visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), other than those charged in Count One of this Indictment, and including depictions involving prepubescent minors and minors who had not attained the age of twelve years, and said child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the criminal violations alleged in this Indictment, the defendant,

**MICHAEL R. SHAFFIER, JR.,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

1. Any visual depiction or other matter containing such visual depiction which was possessed as alleged above in this Indictment; and

2. Any personal property used or intended to be used to commit or promote the commission of the offense charged above in this Indictment.

The property referred to above as items 1 and 2 includes, but is not limited to, the following:

- One eMachine computer tower
- One Western Digital external hard drive
- One Samsung Galaxy Note 4 and SD card contained therein.

A TRUE BILL
s/ Foreperson

FOREPERSON

s/ Meredith DeCarlo

JAMES A. LEWIS
UNITED STATES ATTORNEY
MRWD